| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 12 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: PETER STROJNIK, Sr.

_____

PETER STROJNIK, Sr.,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA,

        Respondent,

SCG AMERICA CONSTRUCTION INC.,

        Real Party in Interest.

No. 22-70123

D.C. No. 8:19-cv-01560-JVS-JDE
Central District of California,
Santa Ana

ORDER

Before: SILVERMAN, CALLAHAN, and COLLINS, Circuit Judges.

    Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977); *see also West v. Procunier*, 452 F.2d 645, 646 (9th Cir. 1971) (per curiam) (considering appeal from district court's refusal to authorize filing of complaint). Accordingly, the petition is denied.

    No further filings will be entertained in this closed case.

**DENIED.**